# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RE'NAUL M. JOHNSON, a/k/a** ) | |
| **ARIEL A. ADLA, # 166237,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION 07-00396-KD-B** |
| ) | |
| **WARDEN JERRY FERRELL, et al.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 2) be and is hereby **DENIED**. It is further **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the 7th day of March, 2008.

> s/ Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**